# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LUKE CONWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-CV-131-SMY-MAB |
| | ) |
| MARCUS MARVIN, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Mark A. Beatty (Doc. 43), recommending that Defendants' Motion for Partial Summary Judgment on the Issue of Exhaustion (Doc. 29) be granted. No objections have been filed to the Report. For the following reasons, Judge Beatty's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Beatty thoroughly discussed and supported his conclusions that Plaintiff failed to exhaust his administrative remedies as to Defendants Dennison, Pearl, and Pickford on Counts 1-2 and all Defendants on Counts 4-6. The Court finds no clear error in Judge Beatty's findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety. Accordingly, Defendants' Motion for Partial Summary Judgment on the issue of exhaustion (Doc. 29) is

**GRANTED**.

**IT IS SO ORDERED.**

**DATED: September 9, 2019**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**STACI M. YANDLE**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**